

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00833-CR

**IN RE STATE** of Texas **EX REL.** Heather **McMINN**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Luz Elena D. Chapa, Justice

Delivered and Filed:  December 11, 2013

PETITION FOR WRIT OF MANDAMUS DENIED

On November 26, 2013, relator, the State of Texas through Heather McMinn, District Attorney for Guadalupe County, Texas, filed a petition for writ of mandamus complaining of the trial court's September 2012 acquittal of a criminal defendant. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 12-0069-CR, styled *The State of Texas v. Matthew Ryan Sawyer*, pending in the 2nd 25th Judicial District Court, Guadalupe County, Texas, the Honorable W.C. Kirkendall presiding.